■ In the Matter of the Claim of LASZLO BOCHKOR, Appellant. COMMISSIONER OF LABOR, Respondent. [50 NYS3d 312]— Appeal from a decision of the Unemployment Insurance Appeal Board, filed January 14, 2016, as superceded by decision filed August 24, 2016, which, among other things, continued a prior decision of an Administrative Law Judge finding that claimant was ineligible to receive unemployment insurance benefits.

Decision affirmed. No opinion.

Peters, P.J., Garry, Lynch, Devine and Mulvey, JJ., concur. Ordered that the decision is affirmed, without costs.